**Opinion issued November 20, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-14-00699-CR

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**NICHOLAS GEARY, Appellee**

---

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Case No. 2014R-0041**

---

## MEMORANDUM OPINION

On October 27, 2014, appellant, the State of Texas (by and through its District Attorney for Austin County) filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no

prior decision has issued in this case. *See* TEX. R. APP. P. 42.2(a). Accordingly, we grant the motion and dismiss this appeal.

On November 12, 2014, appellee filed a motion requesting that we expedite consideration of this matter. Although not specifically mentioned in appellee's motion, we consider the motion as a request to expedite issuance of the mandate in this appeal. Because the motion to expedite demonstrates good cause to expedite issuance of the mandate, we grant the motion and the Clerk of this Court is directed to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).